United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-41082
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SONJA OCHOA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:02-CR-133-1
--------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Sonja Ochoa
on appeal from the revocation of her probation has moved for leave
to withdraw and has filed a brief as is required by Anders v.
California, 386 U.S. 738 (1967). Ochoa has not responded to
counsel's motion.

Our review of the brief filed by counsel and of the record
discloses no nonfrivolous issue for appeal. Counsel's motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities, and the appeal is DISMISSED. See 5TH CIR.
R. 42.2.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.